NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PACESETTER, INC., (DOING BUSINESS AS ST. JUDE MEDICAL CRMD),**
*Plaintiff-Appellee,*

v.

**SURMODICS, INC.,**
*Defendant-Appellant.*

---

2012-1096

---

Appeal from the United States District Court for the Central District of California in case no. 11-CV-3964, Judge Ronald S.W. Lew.

---

## ON MOTION

---

## ORDER

Upon consideration of Mary Kiedrowski's unopposed motion to withdraw as counsel for Surmodics, Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 1 2012

**JAN HORBALY**
**CLERK**

cc: James A. Gale, Esq.
Jake M. Holdreith, Esq.

s24